Steven M. Kroll, Bar No. 216196
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401
skroll@fordharrison.com

Attorneys for Defendant
KNOWLEDGESTORM, INC.

FILED
2007 AUG -9 P 2: 34
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JASBIR GILL, MAHMOUD KEDKAD,<br><br>Plaintiffs,<br><br>v.<br><br>KNOWLEDGESTORM, INC., a corporation, DOES 1 through 50,<br><br>Defendants. | Case No. C07 04112 PVT<br><br>DEFENDANT KNOWLEDGESTORM, INC.'S NOTICE OF INTERESTED PARTIES<br><br>BY FAX |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION:**

The undersigned, counsel of record for defendant KnowledgeStorm, Inc. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.   Plaintiffs Jasbir Gill;

2.   Plaintiff Mahmoud Kedkad; and

3.   Defendant KnowledgeStorm, Inc.

///

LA:59294.1

NOTICE OF INTERESTED PARTIES

Ford & Harrison LLP
Attorneys At Law
Los Angeles

1  Dated:   August 9, 2007                    FORD & HARRISON LLP
2
3                                              By: _____
4                                                  Steven M. Kroll
                                                   Attorneys for Defendant
5                                                  KNOWLEDGESTORM, INC.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 9, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT KNOWLEDGESTORM, INC.'S NOTICE OF INTERESTED PARTIES**

in a sealed envelope, postage fully paid, addressed as follows:

Brian S. Kreger, Esq.  
Lamberto & Kreger                    Counsel for Plaintiffs  
160 W. Santa Clara St., Suite 1050  
San Jose, CA 95113  
Tel: 408-999-0300  
Fax: 408-999-0301

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on August 9, 2007, at Los Angeles, California.

_____  
Martha E. Angel