BRIAN S. KREGER, State Bar No. 106707
LAMBERTO & KREGER
160 W. Santa Clara St., Suite 1050
San Jose, CA 95113
Telephone: (408) 999-0300
Facsimile: (408) 999-0301

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| JASBIR GILL, MAHMOUD KEDKAD, | **Case No. C 07-04112PVT** |
| Plaintiffs, | |
| vs. | REQUEST FOR JURY TRIAL |
| KNOWLEDGESTORM, INC. a corporation, DOES 1 THROUGH 50, | |
| Defendants. / | |

Plaintiffs hereby demand a jury trial.

Dated: August 17, 2007          LAMBERTO & KREGER

By: _____
                BRIAN S. KREGER
                Attorneys for Plaintiffs

Jury demand