1  Steven M. Kroll, Bar No. 216196
2  FORD & HARRISON LLP
   350 South Grand Avenue, Suite 2300
3  Los Angeles, California 90071
4  Telephone:  (213) 237-2400
   Facsimile:  (213) 237-2401
5  skroll@fordharrison.com

6
7  Jeffrey D. Mokotoff, GA Bar No. 515472
   FORD & HARRISON LLP
8  (Pro Hac Vice Pending)
   1275 Peachtree Street, NE, Suite 600
9  Atlanta, Georgia 30309
   Telephone:  (404) 888-3800
10 Facsimile:  (404) 404-888-3863
11 jmokotoff@fordharrison.com

12 Attorneys for Defendant
13 KNOWLEDGESTORM, INC.

14

**Filed**

AUG 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

15              UNITED STATES DISTRICT COURT

16    NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

17

18 JASBIR GILL, MAHMOUD          Case No. C 07-04112 PVT
   KEDKAD,
19                               APPLICATION FOR ADMISSION OF
                    Plaintiffs,  ATTORNEY *PRO HAC VICE*
20
21       v.
                                 **BY FAX**
22 KNOWLEDGESTORM, INC., a
   corporation, DOES 1through 50,
23
24              Defendants.
25
26
27
28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:59409.1

1       Pursuant to Civil L.R. 11-3, Jeffrey D. Mokotoff, an active member in good

2   standing of the bar of the State of Georgia, hereby applies for admission to practice

3   in the Northern District of California on a pro hac vice basis representing defendant

4   KnowledgeStorm, Inc. in the above-entitled action.

5       In support of this application, I certify on oath that:

6       1.    I am an active member in good standing of a United States Court or of

7   the highest court of another State or the District of Columbia, as indicated above;

8       2.    I agree to abide by the Standards of Professional Conduct set forth in

9   Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case

10  Filing, and to become familiar with the Local Rules and the Alternative Dispute

11  Resolution programs of this Court; and

12      3.    An attorney who is a member of the bar of this Court in good standing

13  and who maintains an office within the State of California has been designated as

14  co-counsel in the above-entitled action.  The name, address and telephone number

15  of that attorney is:

16                   Steven M. Kroll
              FORD & HARRISON LLP

17         350 South Grand Avenue, Suite 2300
          Los Angeles, California 90071

18               (213) 237-2400

19      I declare under penalty of perjury that the foregoing is true and correct.

20

21  Dated: August 2 l, 2007        By: _____

22                              Jeffrey D. Mokotoff

23

24

25

26

27

28

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 27, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

in a sealed envelope, postage fully paid, addressed as follows:

Brian S. Kreger, Esq.                    Counsel for Plaintiffs
Lamberto & Kreger
160 W. Santa Clara St.
Suite 1050
San Jose, CA 95113
Tel: 408-999-0300
Fax: 408-999-0301

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on August 27, 2007, at Los Angeles, California.

_____
Martha Angel

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:59409.1

- 3 -

APPLICATION FOR ADMISSION
OF ATTORNEY PRO HAC VICE