Steven M. Kroll, Bar No. 216196
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone:  (213) 237-2400
Facsimile:   (213) 237-2401
skroll@fordharrison.com

Jeffrey D. Mokotoff, GA Bar No. 515472
FORD & HARRISON LLP
(*Pro Hac Vice Pending*)
1275 Peachtree Street, NE, Suite 600
Atlanta, Georgia 30309
Telephone:  (404) 888-3800
Facsimile:  (404) 404-888-3863
jmokotoff@fordharrison.com

Attorneys for Defendant
KNOWLEDGESTORM, INC.

FILED

2007 AUG 28 P 2: 19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JASBIR GILL, MAHMOUD KEDKAD,<br><br>Plaintiffs,<br><br>v.<br><br>KNOWLEDGESTORM, INC., a corporation, DOES 1through 50,<br><br>Defendants. | Case No. C 07-04112 PVT<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>**BY FAX** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:59512.1

1    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the

2    undersigned party hereby voluntarily consents to have a United States Magistrate

3    Judge conduct any and all further proceedings in the case, including trial, and order

4    the entry of a final judgment.  Appeal from the judgment shall be taken directly to

5    the United States Court of Appeals for the Ninth Circuit.

6                                FORD & HARRISON LLP

7

8    Dated: August _27_, 2007              _____

9                                         Steven M. Kroll
                                          Counsel for Defendant
10                                        KNOWLEDGESTORM, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:59512.1                    - 2 -         CONSENT TO PROCEED BEFORE A UNITED
                                            STATES MAGISTRATE JUDGE

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 27, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

in a sealed envelope, postage fully paid, addressed as follows:

Brian S. Kreger, Esq.                    Counsel for Plaintiffs
Lamberto & Kreger
160 W. Santa Clara St.
Suite 1050
San Jose, CA  95113
Tel: 408-999-0300
Fax: 408-999-0301

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on August 27, 2007, at Los Angeles, California.

_Martha R. Angel_

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:59512.1

- 3 -

CONSENT TO PROCEED BEFORE A UNITED
STATES MAGISTRATE JUDGE