RECEIVED
AUG 2 8 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
SEP 0 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JASBIR GILL, MAHMOUD KEDKAD,<br><br>Plaintiffs,<br><br>v.<br><br>KNOWLEDGESTORM, INC., a corporation, DOES 1 through 50,<br><br>Defendants. | Case No. C 07-04112 PVT<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |



BY FAX

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:59445.1

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

Jeffrey D. Mokotoff, an active member in good standing of the bar of the State of Georgia, whose business address and telephone number is 1275 Peachtree Street, NE, Suite 600, Atlanta, Georgia 30309 (404) 888-3800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant KnowledgeStorm, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/4/07

_____
United States Magistrate Judge

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 27, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Brian S. Kreger, Esq.<br>Lamberto & Kreger<br>160 W. Santa Clara St.<br>Suite 1050<br>San Jose, CA 95113<br>Tel: 408-999-0300<br>Fax: 408-999-0301 | Counsel for Plaintiffs |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on August 27, 2007, at Los Angeles, California.

_____
Martha Angel