1  BRIAN S. KREGER, State Bar No. 106707
   LAMBERTO & KREGER
2  160 W. Santa Clara St., Suite 1050
   San Jose, CA 95113
3  Telephone: (408) 999-0300
   Facsimile: (408) 999-0301
4
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| JASBIR GILL, MAHMOUD KEDKAD, | **Case No. C 07-04112PVT** |
| Plaintiffs, | |
| vs. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| KNOWLEDGESTORM, INC. a corporation, DOES 1 THROUGH 50, | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution in the Northern District of California" on the Court's Internet site www.adr.cand.uscourts.gov

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Nov. 2, 2007         /S/
                            Jasbir Gill

1
2  Dated: Nov. 6, 2007           /S/ _____
                                 Brian S. Kreger, attorney for plaintiffs
3
4  I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/S/) written in this efiled document.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -