```
 1  BRIAN S. KREGER, State Bar No. 106707
    LAMBERTO & KREGER
 2  160 W. Santa Clara St., Suite 1050
    San Jose, CA 95113
 3  Telephone: (408) 999-0300
    Facsimile: (408) 999-0301
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9      NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION
10
11  JASBIR GILL, MAHMOUD KEDKAD,          Case No. C 07-04112PVT
12
                Plaintiffs,
13
    vs.                                   ADR CERTIFICATION BY
14                                        PARTIES AND COUNSEL
    KNOWLEDGESTORM, INC. a corporation,
15  DOES 1 THROUGH 50,
16              Defendants.
                                      /
17
18
        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the
19  undersigned certifies that he or she has:
20      (1) Read the handbook entitled "Dispute Resolution in the Northern District
    of California" on the Court's Internet site www.adr.cand.uscourts.gov
21
        (2) Discussed the available dispute resolution options provided by the Court
22  and private entities; and
23      (3) Considered whether this case might benefit from any of the available
    dispute resolution options.
24
25
    Dated: Nov. 2, 2007          /S/
26                               Mahmoud Kedkad
27
28
```

1  Dated: Nov. 6, 2007                    /S/
2                                          Brian S. Kreger, attorney for plaintiffs

3  I hereby attest that I have on file all holographic signatures for any signatures
4  indicated by a "conformed" signature (/S/) written in this efiled document.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28