1  BRIAN S. KREGER, State Bar No. 106707
   LAMBERTO & KREGER
2  160 W. Santa Clara St., Suite 1050
   San Jose, CA 95113
3  Telephone: (408) 999-0300
   Facsimile: (408) 999-0301
4
   Attorneys for Plaintiffs
5

6

7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

10

11 JASBIR GILL, MAHMOUD KEDKAD,            Case No. C 07-04112PVT

12
              Plaintiffs,
13
   vs.                                    PLAINTIFFS' NOTICE OF
14                                        INTERESTED PARTIES
   KNOWLEDGESTORM, INC. a corporation,
15 DOES 1 THROUGH 50,

16            Defendants.
                                        /
17

18
   TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
19 CALIFORNIA, SAN JOSE DIVISION:

20
        The undersigned, counsel for plaintiffs, certifies that the following parties
21
   have a direct, pecuniary interest in the outcome of this case.  This disclosure is
22
   made to enable the Court to evaluate possible disqualification or recusal.
23

24 1.  Plaintiff Jasbir Gill

25 2.  Plaintiff Mahmoud Kedkad

26 3.  Knowledgestorm Inc.

27

28

1
2  Dated: November 5, 2007                LAMBERTO & KREGER
3
4                                         By: /S/
                                               BRIAN S. KREGER
5                                              Attorneys for Plaintiffs
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28