UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 11/13/07

Court Reporter: FTR         Clerk: C. Lew

Case No: C 07-4112 PVT      Case Title: Jasbir Gill vs. Knowledgestorm, Inc.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Brian Kreger | Steven Kroll |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial        [ ] Status    [ ] Discovery
                        [ ] Settlement     [ ] Final
                        [ ] Other          **[X] Case Management Conference**

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            [ ] Submitted          [ ] Settled
[ ] Denied             [ ] Briefs to be filed [ ] Not Settled
[ ] Granted in part, denied in part            [ ] Off Calendar

[X]  Parties ordered into Court Mediation; Pretrial Conference set for 7/22/08 at 2:00 p.m.; Jury Trial set for 8/4/08 at 9:30 a.m.; Discovery Cutoff 5/2/08; Defendant's Motion to Sever Plaintiff's and Dispositive Motions set for 6/3/08 at 10:00 a.m.; 4/4/08 to Designate Experts; Designation of Rebuttal Experts 4/18/08; Expert Discovery Cutoff 5/9/08.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff     [ ] Defendant     [X] Court     [ ] Court w/opinion