FILED

NOV 13 2007

CLERK
NORTHERN ... COURT
... CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Gill,
　　　Plaintiff(s),

v.

Knowledge Storm, Inc.
　　　Defendant(s).

No. C 07-4112 PVT

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 11-13-07

Signature _____

Counsel for Plaintiffs
(Plaintiff, Defendant or indicate "pro se")

Brian S. Kreger