UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASBIR GILL ET AL.,<br><br>        Plaintiffs,<br><br>   v.<br><br>KNOWLEDGESTORM, INC. ET AL.,<br><br>        Defendants. | Case No.: C07-4112 PVT<br><br>**CASE MANAGEMENT<br>CONFERENCE ORDER** |

On November 13, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is February 1, 2008.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply in this case.

IT IS FURTHER ORDERED that the parties are referred to the court-sponsored mediation program for a mediation to be completed within 90 days. The parties shall promptly

1  contact the court's ADR department to make the appropriate arrangements.

2      IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3      Plaintiff's Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . April 4, 2008

4      Defendant's Designation of Rebuttal Experts with Reports . . . . . . . . . . . . April 18, 2008

5      Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 2, 2008

6      Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 9, 2008

7      Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2

8      Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . 10:00 a.m. on June 3, 2008

9      Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on July 22, 2008

10     Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on August 4, 2008

11     IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (rev. 1/5/06), a copy of which is available from the clerk of the court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: November 14, 2007

                        *Patricia V. Trumbull*
                        _____
                        PATRICIA V. TRUMBULL
                        United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."