# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Gill,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Knowledgestorm, Inc.,<br><br>　　　　　　Defendant(s). | 07-04112 PVT MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

　　　　　　**Mark F. Katz**
　　　　　　Mark F. Katz Mediator
　　　　　　951 Old County Road, #125
　　　　　　Belmont, CA 94002
　　　　　　650-996-4792

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04112 PVT MED                        - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: December 13, 2007

                    RICHARD W. WIEKING
                    Clerk
                    by:     Claudia M. Forehand

                    ADR Case Administrator
                    415-522-2059
                    Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04112 PVT MED                           - 2 -