| Steven M. Kroll, 216196 | | (213) 237-2400 | |
|---|---|---|---|
| FORD & HARRISON LLP | | | |
| 350 S GRAND AVE STE 2300 | | | |
| LOS ANGELES, CA 90071-3425 | | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Defendant | | 004595-0016 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

**FILED**

2008 JAN 3 P 2: 01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST. OF CA. S.J.

PLAINTIFF:

Jasbir Gill, Mahmoud Kedkad

DEFENDANT:

Knowledgestorm, Inc.

| PROOF OF SERVICE | DATE: January 18, 2009 | TIME: 10:00 am | DEPT/DIV: | CASE NUMBER: 07-04112 PVT |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Subpoena in a Civil Case

C/PVT

2. Party Served: Joseph C. Niederberger

3. Person Served: party in item 2

4. Date & Time of Delivery: January 1, 2008    7:15 pm

5. Address, City and State: 508 Waterberry Drive
Pleasant Hill, CA 94523-3136

6. Manner of Service: Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 59.00

Registered California process server.
County: ALAMEDA
Registration No.: 822

Clarence Randolph
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on January 2, 2008 at Oakland, California.

Signature: _____

Clarence Randolph