**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| Gill,<br><br>    Plaintiff(s),<br><br>    v.<br><br>Knowledgestorm, Inc.,<br><br>    Defendant(s). | No. C 07-04112 PVT MED<br><br>**Certification of ADR Session** |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 2/6/08

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no   further mediation left open after further discovery

4. IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO

Dated: 2/16/08

Mediator, Mark F. Katz
Mark F. Katz Mediator
951 Old County Road, #125
Belmont, CA 94002

**Certification of ADR Session**
07-04112 PVT MED