UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JASBIR GILL, MAHMOUD KEDKAD,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>KNOWLEDGESTORM, INC., a corporation, DOES 1 through 50,<br><br>　　　　　　Defendants. | Case No. C 07-04112 PVT<br><br>**[PROPOSED] JUDGMENT FOR DEFENDANT KNOWLEDGESTORM, INC. AFTER GRANTING OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF MAHMOUD KEDKAD** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This Court, having ordered that defendant KnowledgeStorm, Inc.'s ("Defendant") Motion for Summary Judgment be granted in its entirety, hereby enters judgment in favor of Defendant against plaintiff Mahmoud Kedkad ("Plaintiff") as follows:

　　1.　　Judgment is granted in favor of Defendant on Plaintiff's cause of action for Racial Harassment.

/ / /

/ / /

1    Based upon the foregoing, it is hereby adjudged and decreed that judgment
2  be entered in favor of Defendant and against Plaintiff on each claim set forth in the
3  Complaint.  It is further adjudged and decreed that Defendant may recover its costs
4  in the amount of $ _____.

5

6    **IT IS SO ORDERED.**

7

8

9

10  Dated: _____              _____
11                                                                    HON. PATRICIA TRUMBULL
                                                                          U.S. MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:66330.1                                    - 2 -                                    JUDGMENT