UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JASBIR GILL, MAHMOUD KEDKAD,<br><br>             Plaintiffs,<br><br>      v.<br><br>KNOWLEDGESTORM, INC., a corporation, DOES 1 through 50,<br><br>             Defendants. | Case No. C 07-04112 PVT<br><br>**[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT KNOWLEDGESTORM, INC. AND AGAINST PLAINTIFF MAHMOUD KEDKAD** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant KnowledgeStorm, Inc.'s ("Defendant") motion for summary judgment or, in the alternative, partial summary judgment against plaintiff Mahmoud Kedkad ("Plaintiff") came on regularly scheduled notice for hearing on June 3, 2008, at 10:00 a.m., before the Honorable Patricia Trumbull, U.S. Magistrate Judge, in Courtroom 5 of the United States District Court, Northern District of California, San Jose Division, located at 280 South 1st Street, San Jose, California 95113.

Steven M. Kroll of Ford & Harrison LLP appeared on behalf of Defendant. Brian Kreger of Lamberto & Kreger appeared on behalf of Plaintiff.

1   The Court has considered the pleadings and files in this action, all of the
2   papers and documents filed on behalf of each of the parties herein, and the oral
3   arguments presented at the hearing of the motion.  Satisfactory proof having been
4   made, and good cause appearing therefore,

5   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that there is no
6   triable issue of fact with respect to any of the issues upon which the instant motion
7   is based, that Defendant is entitled to summary judgment as a matter of law, and
8   that the motion for summary judgment is granted.

9   IT IS FURTHER ORDERED that the causes of action in the complaint filed
10  herein are dismissed with prejudice on the merits, that judgment be and hereby is
11  entered in favor of Defendant, and against Plaintiff, and that Defendant is entitled to
12  recover its costs in the amount of $ _____.

13  **IT IS SO ORDERED.**

17  Dated: _____

    _____
    HON. PATRICIA TRUMBULL
    U.S. MAGISTRATE JUDGE