UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JASBIR GILL, MAHMOUD KEDKAD,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KNOWLEDGESTORM, INC., a corporation, DOES 1 through 50,<br><br>　　　　Defendants. | Case No. C 07-04112 PVT<br><br>**[PROPOSED] JUDGMENT FOR DEFENDANT KNOWLEDGESTORM, INC. AFTER GRANTING OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF JASBIR GILL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This Court, having ordered that defendant KnowledgeStorm, Inc.'s ("Defendant") Motion for Summary Judgment be granted in its entirety, hereby enters judgment in favor of Defendant against plaintiff Jasbir Gill ("Plaintiff") as follows:

　　1.　　Judgment is granted in favor of Defendant on Plaintiff's cause of action for Racial Harassment.

　　2.　　Judgment is granted in favor of Defendant on Plaintiff's cause of action for Retaliation.

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

3.  Judgment is granted in favor of Defendant on Plaintiff's cause of action for Wrongful Termination in Violation of Public Policy.

Based upon the foregoing, it is hereby adjudged and decreed that judgment be entered in favor of Defendant and against Plaintiff on each claim set forth in the Complaint. It is further adjudged and decreed that Defendant may recover its costs in the amount of $ _____.

**IT IS SO ORDERED.**

Dated: _____

HON. PATRICIA TRUMBULL
U.S. MAGISTRATE JUDGE

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:66338.1                              - 2 -                                JUDGMENT