1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11   JASBIR GILL, MAHMOUD          Case No. C 07-04112 PVT
     KEDKAD,
12                                 **[PROPOSED] ORDER GRANTING**
              Plaintiffs,          **SUMMARY JUDGMENT IN FAVOR**
13                                 **OF DEFENDANT**
        v.                         **KNOWLEDGESTORM, INC. AND**
14                                 **AGAINST PLAINTIFF JASBIR**
     KNOWLEDGESTORM, INC., a       **GILL**
15   corporation, DOES 1through 50,

16            Defendants.

17

18        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19        PLEASE TAKE NOTICE that defendant KnowledgeStorm, Inc.'s

20   ("Defendant") motion for summary judgment or, in the alternative, partial summary

21   judgment against plaintiff Jasbir Gill ("Plaintiff") came on regularly scheduled

22   notice for hearing on June 3, 2008, at 10:00 a.m., before the Honorable Patricia

23   Trumbull, U.S. Magistrate Judge, in Courtroom 5 of the United States District

24   Court, Northern District of California, San Jose Division, located at 280 South 1st

25   Street, San Jose, California 95113.

26        Steven M. Kroll of Ford & Harrison LLP appeared on behalf of Defendant.

27   Brian Kreger of Lamberto & Kreger appeared on behalf of Plaintiff.

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:66337.1                    - 1 -                    ORDER

1    The Court has considered the pleadings and files in this action, all of the

2    papers and documents filed on behalf of each of the parties herein, and the oral

3    arguments presented at the hearing of the motion.  Satisfactory proof having been

4    made, and good cause appearing therefore,

5    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that there is no

6    triable issue of fact with respect to any of the issues upon which the instant motion

7    is based, that Defendant is entitled to summary judgment as a matter of law, and

8    that the motion for summary judgment is granted.

9    IT IS FURTHER ORDERED that the causes of action in the complaint filed

10    herein are dismissed with prejudice on the merits, that judgment be and hereby is

11    entered in favor of Defendant, and against Plaintiff, and that Defendant is entitled to

12    recover its costs in the amount of $ _____.

13    **IT IS SO ORDERED.**

14

15

16

17    Dated: _____

18    HON. PATRICIA TRUMBULL
      U.S. MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:66337.1                          - 2 -                          ORDER