Steven M. Kroll, Bar No. 216196
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401
skroll@fordharrison.com

Jeffrey D. Mokotoff, GA Bar No. 515472
FORD & HARRISON LLP
*Admitted Pro Hac Vice*
1275 Peachtree Street, NE, Suite 600
Atlanta, Georgia 30309
Telephone: (404) 888-3800
Facsimile: (404) 888-3863
jmokotoff@fordharrison.com

Attorneys for Defendant
KNOWLEDGESTORM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JASBIR GILL, MAHMOUD KEDKAD,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KNOWLEDGESTORM, INC., a corporation, DOES 1 through 50,<br><br>　　　　Defendants. | Case No. C 07-04112 PVT<br><br>**PROOF OF SERVICE**<br><br>Date:　June 3, 2008<br>Time　10:00 a.m.<br>Crtrm:　5, 4th floor<br><br>Action filed: July 13, 2007<br>Trial date: August 4, 2008 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# PROOF OF SERVICE

I, Yolanda H. Dennison, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On April 29, 2008, I served a copy of the within document(s):

**SEE ATTACHED DOCUMENT LIST**

☒ (E-Mail/Electronic Transmission) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful pursuant to the CM/ECF system of the United States District Court for the Northern District of California.

☐ by placing the document(s) listed above in a sealed Overnite Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Overnite Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| **VIA E-MAIL**<br>Brian S. Kreger, Esq.<br>Lamberto & Kreger<br>160 W. Santa Clara St., Suite 1050<br>San Jose, CA 95113 | Attorneys for Plaintiffs<br>Tel: 408-999-0300<br>Fax: 408-999-0301<br>briank@lambertokreger.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 29th day of April, 2008, at Los Angeles, California.

*/s/ Yolanda H. Dennison*
Yolanda H. Dennison

*Jasbir Gill, et al. v. Knowledgestorm, Inc.*
*U.S. District Court, Northern District of California – San Jose Division*
*Case No.: C 07-04112 PVT*

1. DEFENDANT KNOWLEDGESTORM, INCS NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF JASBIR GILL; MEMORANDUM OF POINTS AND AUTHORITIES;

2. DEFENDANT KNOWLEDGESTORM, INC.'S SEPARATE STATEMENT IN SUPPORT OF ITS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF JASBIR GILL;

3. EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANT KNOWLEDGESOTRM, INC.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF JASBIR GILL;

4. [PROPOSED] ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT KNOWLEDGESTORM, INC. AND AGAINST PLAINTIFF JASBIR GILL; AND

5. PROPOSED] JUDGMENT FOR DEFENDANT KNOWLEDGESTORM, INC. AFTER GRANTING OF MOTION FOR SUMAMRY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF JASBIR GILL