UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JASBIR GILL, MAHMOUD KEDKAD,<br><br>Plaintiffs,<br><br>v.<br><br>KNOWLEDGESTORM, INC., a corporation, DOES 1 through 50,<br><br>Defendants. | Case No. C 07-04112 PVT<br><br>[PROPOSED] ORDER RE: DEFENDANT KNOWLEDGESTORM, INC.'S NOTICE OF MOTION AND MOTION FOR SEVERANCE OF PLAINTIFFS JASBIR GILL AND MAHMOUD KEDKAD<br><br>Date:  June 3, 2008<br>Time:  10:00 a.m.<br>Crtrm:  5, 4th floor<br><br>Action filed: July 13, 2007<br>Trial date: August 4, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant KnowledgeStorm, Inc.'s ("Defendant") motion an order granting severance in its favor and against plaintiffs Jasbir Gill and Mahmoud Kedkad (collectively, "Plaintiffs") came on regularly scheduled notice for hearing on June 3, 2008, at 10:00 a.m., before the Honorable Patricia Trumbull, U.S. Magistrate Judge, in Courtroom 5 of the United States District Court, Northern District of California, San Jose Division, located at 280

South 1st Street, San Jose, California 95113.

Steven M. Kroll of Ford & Harrison LLP appeared on behalf of Defendant. Brian Kreger of Lamberto & Kreger appeared on behalf of Plaintiff.

The Court has considered the pleadings and files in this action, all of the papers and documents filed on behalf of each of the parties herein, and the oral arguments presented at the hearing of the motion. Satisfactory proof having been made, and good cause appearing therefore,

IT IS HEREBY ORDERED that the motion for severance is GRANTED.

Dated: _____

HON. PATRICIA TRUMBULL
U.S. MAGISTRATE JUDGE

# PROOF OF SERVICE

I, Yolanda H. Dennison, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On April 29, 2008, I served a copy of the within document(s):

**[PROPOSED] ORDER RE: DEFENDANT KNOWLEDGESTORM, INC.'S NOTICE OF MOTION AND MOTION FOR SEVERANCE OF PLAINTIFFS JASBIR GILL AND MAHMOUD KEDKAD**

[X]  E-Mail/Electronic Transmission) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful pursuant to the CM/ECF system of the United States District Court for the Northern District of California.

Brian S. Kreger, Esq.  
Lamberto & Kreger  
160 W. Santa Clara St., Suite 1050  
San Jose, CA 95113  

Attorneys for Plaintiffs  
Tel: 408-999-0300  
Fax: 408-999-0301  
briank@lambertokreger.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 29th day of April, 2008, at Los Angeles, California.

*/s/ Yolanda H. Dennison*  
Yolanda H. Dennison