| | |
|---|---|
| 1 | BRIAN S. KREGER, State Bar No. 106707 |
| 2 | LAMBERTO & KREGER<br>160 W. Santa Clara St., Suite 1050 |
| 3 | San Jose, CA 95113<br>Telephone: (408) 999-0300 |
| 4 | Facsimile: (408) 999-0301 |
| 5 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | | |
|---|---|---|
| JASBIR GILL, MAHMOUD KEDKAD, | | **Case No. C 07-04112PVT** |
| | Plaintiffs, | |
| vs. | | **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT AGAINST PLAINTIFF JASBIR GILL** |
| KNOWLEDGESTORM, INC. a corporation, DOES 1 THROUGH 50, | | |
| | Defendants. | |
| | | DATE: June 3, 2008<br>TIME: 10:00 a.m.<br>COURTROOM: 5 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Knowledgestorm Inc.'s motion for Summary Judgement, or in the alternative, Partial Summary Judgement against plaintiff Jasbir Gill came on regularly scheduled notice for hearing on June 3, 2008 at 10:00 a.m., before the Honorable Patricia Trumbull, U.S. Magistrate Judge, in Courtroom 5 of the United States District Court, San Jose, California 95113.

Steven M. Kroll appeared on behalf of defendant.  Brian S. Kreger

Order

appeared on behalf of plaintiff.

The Court has considered the pleadings and files in this action, all of the papers and documents filed on behalf of the parties herein, and the oral arguments presented at the hearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant's Motion for Summary Judgement, or in the alternative, Partial summary Judgement, is DENIED.

**IT IS SO ORDERED.**

Dated:

Hon. Patricia Trumbull
U.S. Magistrate Judge