UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JASBIR GILL, MAHMOUD KEDKAD,<br><br>Plaintiffs,<br><br>v.<br><br>KNOWLEDGESTORM, INC., a corporation, DOES 1 through 50,<br><br>Defendants. | Case No. C 07-04112 PVT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KNOWLEDGESTORM, INC.'S MOTION TO COMPEL FURTHER RESPONSES AND DOCUMENTS AGAINST PLAINTIFF MAHMOUD KEDKAD** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant KnowledgeStorm, Inc.'s ("Defendant") motion to compel further responses and to provide responsive documents to certain discovery requests against plaintiff Mahmoud Kedkad ("Plaintiff") came on regularly scheduled notice for hearing on June 17, 2008, at 10:00 a.m., before the Honorable Patricia Trumbull, U.S. Magistrate Judge, in Courtroom 5 of the United States District Court, Northern District of California, San Jose Division, located at 280 South 1st Street, San Jose, California 95113.

Steven M. Kroll of Ford & Harrison LLP appeared on behalf of Defendant. Brian Kreger of Lamberto & Kreger appeared on behalf of Plaintiff.

The Court has considered the pleadings and files in this action, all of the papers and documents filed on behalf of each of the parties herein, and the oral arguments presented at the hearing of the motion.

Satisfactory proof having been made, and good cause appearing therefore, Defendant's motion to compel further responses and documents against Plaintiff is hereby GRANTED.

1. Plaintiff is hereby ordered to answer, without objection, to Defendant's Request for Admissions Nos. 1 through 16, within 5 days of this Order.

2. Plaintiff is hereby ordered to answer, without objection, to Defendant's Request for Production of Documents Nos. 26 through 28, and produce any and all responsive documents thereto, within 5 days of this Order.

**IT IS SO ORDERED.**

Dated: _____

HON. PATRICIA TRUMBULL
U.S. MAGISTRATE JUDGE