1   Steven M. Kroll, Bar No. 216196
    FORD & HARRISON LLP
2   350 South Grand Avenue, Suite 2300
    Los Angeles, California 90071
3   Telephone:  (213) 237-2400
    Facsimile:   (213) 237-2401
4   skroll@fordharrison.com

5   Jeffrey D. Mokotoff, GA Bar No. 515472
    FORD & HARRISON LLP
6   *Admitted Pro Hac Vice*
    1275 Peachtree Street, NE, Suite 600
7   Atlanta, Georgia 30309
    Telephone:  (404) 888-3800
8   Facsimile:   (404) 888-3863
    jmokotoff@fordharrison.com

9
    Attorneys for Defendant
10  KNOWLEDGESTORM, INC.

11              UNITED STATES DISTRICT COURT

12    NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

13

14  JASBIR GILL, MAHMOUD              Case No. C 07-04112 PVT
    KEDKAD,
15                                    **DEFENDANT
              Plaintiffs,             KNOWLEDGESTORM, INC.'S
16                                    NOTICE OF UNTIMELY
       v.                             OPPOSITION BY PLAINTIFF
17                                    KEDKAD TO ITS MOTION FOR
    KNOWLEDGESTORM, INC., a           SUMMARY JUDGMENT OR, IN
18  corporation, DOES 1through 50,    THE ALTERNATIVE, PARTIAL
                                      SUMMARY JUDGMENT ;
19            Defendants.             MEMORANDUM OF POINTS AND
                                      AUTHORITIES**
20
                                      Date:    June 3, 2008
21                                    Time     10:00 a.m.
                                      Crtrm:   5, 4th floor
22

23
                                      Action filed:  July 13, 2007
24                                    Trial date:  August 4, 2008

25

26

27

28

1

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

2

3

**PLEASE TAKE NOTICE** that defendant KnowledgeStorm, Inc.

4

("Defendant") hereby submits the following notice of untimely opposition in

5

support of its motion for summary judgment or, in the alternative, partial summary

6

judgment against plaintiff Mahmoud Kedkad ("Plaintiff").

7

8

Dated:  May 20, 2008                    FORD & HARRISON LLP

9

10

By: /s/ Steven M. Kroll
Jeffrey D. Mokotoff

11

Steven M. Kroll
Attorneys for Defendant

12

KNOWLEDGESTORM, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.    DEFENDANT'S MOTION SHOULD BE GRANTED

Oppositions to motions for summary judgment must comply with Civil Local Rules 7-2 and 7-3.   (Civ. L. R. 56-1.)   Pursuant to Local Rule 7-3, subsection (a), any opposition to a motion for summary judgment must be served and filed not less than 21 days before the hearing date.  (Civ. L. R. 7-3.)

Here, Defendant's motion for summary judgment is noticed for hearing on June 3, 2008.  Accordingly, Plaintiff's opposition was due May 13, 2008.  Plaintiff did not file or serve its motion until May 20, 2008, the date Defendant's reply is due.

Because Plaintiff's opposition is late, it should be disregarded.   Where no factual showing is made in opposition to a motion for summary judgment, the Court may rely entirely on the evidence designated by the moving party in showing no triable issue.   Carmen v. San Francisco Unified School Dist., (9th Cir. 2001) 237 F.3d 1026, 1029.   Accordingly, Defendant requests that the Court rely on the evidence designated by it and grant its motion as set forth in the moving papers.

/ / /

/ / /

/ / /

/ / /

/ / /

1

## II.    <u>CONCLUSION</u>

2

3        Defendant respectfully requests that the Court disregard Plaintiff's untimely

4    opposition to its motion for summary judgment and grant the motion in its entirety.

5

6    Dated:  May 20, 2008                    FORD & HARRISON LLP

7

8                                            By: /s/ Steven M. Kroll
9                                                Jeffrey D. Mokotoff
                                                 Steven M. Kroll
10                                               Attorneys for Defendant
                                                 KNOWLEDGESTORM, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, Yolanda Dennison, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On May 20, 2008, I served a copy of the within document(s):

**DEFENDANT KNOWLEDGESTORM, INC.'S NOTICE OF UNTIMELY OPPOSITION BY PLAINTIFF KEDKAD TO ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIS**

☒   by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

Brian S. Kreger, Esq.                  Attorney for Plaintiffs
Lamerto & Kreger                       Phone: (408) 999-0300
160 W. Santa Clara St., Suite 1050     Fax: (408) 999-0301
San Jose, CA  95113                    briank#lambertokreger.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 20, 2008, at Los Angeles, California.

_____
Yolanda Dennison

FORD & HARRISON
LLP
ATTORNEYS AT LAW
ATLANTA

CASE NO.: C 07-04112 PVT
LA:67002.1

DEFENDANTS' NOTICE OF UNTIMELY OPPOSITION