UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASBIR GILL, MAHMOUD KEDKAD,<br><br>              Plaintiffs,<br><br>   v.<br><br>KNOWLEDGESTORM, INC.,<br><br>              Defendant. | Case No.: C 07-04112 PVT<br><br>**ORDER GRANTING PARTIES' REQUEST TO WITHDRAW PENDING MOTIONS AND TO VACATE TRIAL DATE** |

On May 28, 2008, the parties informed the court that they had reached a settlement in the above-captioned action. Therefore, the parties have requested that their pending motions be withdrawn from further consideration. The motions are as follows: (1) defendant's summary judgment motion against plaintiff Jasbir Gill; (2) defendant's summary judgment motion against plaintiff Mahmoud Kedkad; (3) defendant's motion for severance; (4) defendant's motion to compel further discovery; and (4) plaintiff Mahmoud Kedkad's motion to enlarge time to file an opposition to summary judgment motion. In addition, the parties have requested that the court vacate the current August 4, 2008 trial date and all related pretrial dates and deadlines.

1    Accordingly, the parties' request to withdraw the above-specified motions and the
2 parties' request to vacate the currently scheduled trial date and attendant deadlines is granted.  In
3 the event, the proposed settlement is not finalized, the parties are directed to notify the court
4 promptly.
5    IT IS SO ORDERED.
6 Dated:  *May 29, 2008*

*[signature: Patricia V. Trumbull]*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge