Steven M. Kroll, Bar No. 216196
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401
skroll@fordharrison.com

Jeffrey D. Mokotoff, GA Bar No. 515472
FORD & HARRISON LLP
*Admitted Pro Hac Vice*
1275 Peachtree Street, NE, Suite 600
Atlanta, Georgia 30309
Telephone: (404) 888-3800
Facsimile: (404) 888-3863
jmokotoff@fordharrison.com

Attorneys for Defendant
KNOWLEDGESTORM, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JASBIR GILL, MAHMOUD KEDKAD,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KNOWLEDGESTORM, INC., a corporation, DOES 1 through 50,<br><br>　　　　Defendants. | Case No. C 07-04112 PVT<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION PURSUANT TO FRCP 41(a)(1)**<br><br><br>Action filed: July 13, 2007<br>Trial date: Vacated |

1  TO THE HONORABLE COURT:

2  IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between plaintiffs Jasbir Gill and Mahmoud Kedkad, and defendant KnowledgeStorm, Inc., through their attorneys of record, as follows:

1. This action was commenced on July 13, 2007.

2. The action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. This action is hereby dismissed, in its entirety, with prejudice as to defendant KnowledgeStorm, Inc., and any and all remaining defendants.

4. All parties will bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: July 24, 2008                LAMBERTO & KREGER


By: /s/ Brian S. Kreger
    Brian S. Kreger
    Attorneys for Plaintiffs
    JASBIR GILL AND
    MAHMOUD KEDKAD


Dated: July 24, 2008                FORD & HARRISON LLP


By: /s/ Steven M. Kroll
    Jeffrey D. Mokotoff
    Steven M. Kroll
    Attorneys for Defendant
    KNOWLEDGESTORM, INC.

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No.: C 07-04112 PVT
LA:68912.1
- 2 -
STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

# PROOF OF SERVICE

I, Yolanda Dennison, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On July 24, 2008, I served a copy of the within document(s):

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION PURSUANT TO FRCP 41(a)(1)**

[X]  (Electronic-Mail) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the persons at the e-mail address listed. I did not receive, within reasonable time after submission, any electronic message or other indication the transmission was unsuccessful pursuant to the CM/ECF system of the United States District Court for the Northern District of California.

[ ]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Brian S. Kreger, Esq.  
Lamberto & Kreger  
160 W. Santa Clara St., Suite 1050  
San Jose, CA 95113

*Attorneys for Plaintiffs*  
Tel: 408-999-0300  
Fax: 408-999-0301

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 24th day of July, 2008, Los Angeles, California.

*/s/ Yolanda Dennison*  
Yolanda Dennison

Ford & Harrison LLP  
Attorneys At Law  
Los Angeles

Case No.: C 07-04112 PVT  
LA:68912.1

STIPULATION FOR VOLUNTARY  
DISMISSAL WITH PREJUDICE